**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:     Elizabeth C. Perez v. Sylvester Turner, Mayor, Karun Sreerama,
                         Director of Public Works and Engineering and The City of Houston

Appellate case number:   01-16-00985-CV

Date Motion Filed:       February 18, 2020

Party Filing Motion:     Appellant, Elizabeth C. Perez

It is ordered that the motion for en bac reconsideration is **denied.**

Judge's signature:  _/s/ Evelyn V. Keyes_____
                    Acting for the Court

Date:  __March 10, 2020_____

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman,
Landau, Hightower, and Countiss.